JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDWARD RAMIREZ, JR., | ) NO. ED CV 14-612-CJC(E) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| K. HOLLAND (Warden), | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 12, 2014.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE